1  Robert P. Andris (SBN 130290)
   Michael D. Kanach (SBN 271215)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:    (415) 986-5900
4  Facsimile:    (415) 986-8054

5  Attorneys for Plaintiff
   ALLIED LOMAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLIED LOMAR, INC., | CASE NO. 4:14-cv-03199-DMR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF ALLIED LOMAR, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| vs. | |
| NAPA VALLEY LIMONCELLO COMPANY DBA NAPA VALLEY DISTILLERY; et al., | |
| | Action filed: July 15, 2014 |
| Defendants. | |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

TO ALL PARTIES AND THEIR COUNSELS OF RECORD:

On September 17, 2104, Plaintiff ALLIED LOMAR, INC. ("Plaintiff") filed a notice of settlement with Defendant NAPA VALLEY LIMONCELLO COMPANY dba NAPA VALLEY DISTILLERY ("Defendant"), and Plaintiff requested an Order Permitting Voluntary Dismissal of Complaint With Prejudice.  (Docket No. 13.)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff requested the dismissal without prejudice of all claims in the above-captioned action, in their entirety, against Defendant and all unnamed DOE Defendants.  Defendant has not filed an answer to the complaint or a motion for summary judgment in the above-captioned action.

The Parties agreed that their Settlement Agreement will be governed by, and shall be construed in accordance with the laws of the State of California or where pre-empted, by the appropriate body of federal law, and the United States District Court of the Northern District of California shall retain exclusive jurisdiction to interpret and enforce the settlement agreement.

Each party is to bear its own costs and fees.

**IT IS SO ORDERED**.

DATED:  October 9, 2014

UNITED STATES DISTRICT JUDGE
Honorable Donna M. Ryu

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111